FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 0 2015

CHRISTOPHER A. PRINE
CLERK

## NO. 01-14-00880-CV

## IN THE COURT OF APPELS FOR THE
## FIRST JUDICIAL DISTRICT OF TEXAS HOUSTON, TEXAS

## THEAOLA ROBINSON AND BENJI'S SPECIAL ACADEMY, INC
### Appellants
### v.
## The Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.
### Appellees

## On appeal from the 234th Judicial District Court of
## Harris County, Texas

## APPELLANTS MOTION TO EXTEND TIME TO FILE
## COURT BRIEF 01-14-00880-CV

TO THE HONORABLE COURT:

Appellant asks the Court to extend the time to file the brief for case number **01-14-00880-CV**. Granting an extension will not prejudice The Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.

Appellants are Theaola Robinson and Benji's Special Education Academy, Inc; Appellee is Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.

This motion is filed as required by Texas Rule of Appellate Procedure 26(a)

(1) and 35.1. The Court has the authority under TRAP 35.1 to extend the time for a party to

file a brief in the Court. Appellants' requests an additional ten days until June 19, 2015 to

file court brief. Due to my daughter who had an accident today and sudden high blood pressure issues that happen also on today concerning my son who is paralyzed from a recent major stroke, I was not able to get the needed copies of the brief and mailed timely. I just need time to clear the threatening situations in my family and copy the necessary number of briefs and submit other required information to the court.

## PRAYER

WHEREFORE, Appellants prays that Court grants the ten days extension to file the brief with the Court.

THEAOLA ROBINSON
5505 JENSEN DRIVE
HOUSTON, TEXAS 77028
PHONE: 832-250-4444

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure I certify that a copy of this Motion for Rehearing Petition for Review of Writ of Mandamus was served on Respondent KTRK Channel 13 through counsel of record, Laura Lee Prather of Haynes & Boone by US. Mail certified mail, via email, and facsimile on June 08, 2015.

Respectfully submitted,

THEAOLA ROBINSON
5505 JENSEN DRIVE
HOUSTON, TEXAS 77028
PHONE: 832-250-4444

## NO. 01-14-00896-CV

## IN THE COURT OF APPELS FOR THE
## FIRST JUDICIAL DISTRICT OF TEXAS HOUSTON, TEXAS

### THEAOLA ROBINSON AND BENJI'S SPECIAL ACADEMY, INC
**Appellants**

**v.**

### The Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.
**Appellees**

### On appeal from the 234th Judicial District Court of
### Harris County, Texas

### APPELLANTS ORDER MOTION TO EXTEND TIME TO FILECOURT BRIEF

### ORDER ON APPELLANTS' MOTION TO EXTEND
### TIME TO FILE COURT BRIEF

Aftering considering Appellants THEAOLA ROBINSON and BENJI'S SPECIALEDUCATIONAL ACADEMY, INC motion to extend the time for 10 days until June 19, 2015 to file the Court Brief:

GRANTS the motion to extend the time of ten (10) days to file the brief to the Court.

Signed on _____, 2015.

**JUDGE PRESIDING**

**APPROVED & ENTRY REQUESTED:**

Respectfully submitted,

THEAOLA ROBINSON
5505 JENSEN DRIVE
HOUSTON, TEXAS 77028
PHONE: 832-250-4444

3

U.S. POSTAGE
PAID
HOUSTON,TX
77026
JUN 08. 15
AMOUNT
$8.55
0006*7578-12

UNITED STATES
POSTAL SERVICE

1000

77002

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 2120 0000 2208 1833



HOUSTON, TEXAS 77226-1535

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 0 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066